[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15752
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00417-WSD-JSA-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TONY MAURICE GRAVES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(July 16, 2015)

Before MARCUS, WILLIAM PRYOR, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Tony Maurice Graves in this direct criminal appeal, has moved to withdraw from further representation of Graves and has filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Graves's conviction and sentence are **AFFIRMED**.